**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KAREN DANIELS,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:07-cv-361-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS**
**LP, ASTRAZENECA LP,**

        **Defendants.**
_____

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. No. 7) filed on March 28, 2012.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed with prejudice for failure to prosecute and abandonment of claims because the Plaintiff has failed to timely respond to her counsel allowing prosecution of the claims.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 28, 2012 (Doc. No. 7) is ADOPTED and CONFIRMED and made a part of this Order.

  2. This case is hereby DISMISSED WITH PREJUDICE.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 12, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge